UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 05 B 64065
   ALEXANDER H PARADES
   TRISHA A PARADES                   CHAPTER 13

                                      JUDGE: BRUCE W BLACK

      Debtor
   SSN XXX-XX-9401    SSN XXX-XX-3848
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 12/20/05 and confirmed on 03/23/06.

   2. The case was dismissed after confirmation, 12/19/2008.

   3. The Debtor paid a total of $ 29887.92 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 21921.17 | .00 | 21921.17 |
| CBT COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| OXFORD COLLECTION SRVS | UNSECURED | NOT FILED | .00 | .00 |
| HOLLYWOOD ENTERTAINMENT | UNSECURED | NOT FILED | .00 | .00 |
| LUNA CARPETS | UNSECURED | NOT FILED | .00 | .00 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| MEADOWS CREDIT UNION | UNSECURED | 3882.31 | .00 | 502.67 |
| MEDICAL PAYMENT DATA | UNSECURED | NOT FILED | .00 | .00 |
| MEIJER INC STORE NO 169 | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT INC | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 345.00 | .00 | 44.67 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SHOP AT HOME | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT AFNI | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SRV | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF BOLINGBROOK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ZALUTSKY & PINSKI | UNSECURED | 1630.00 | .00 | 211.05 |
| STATE OF FLORIDA CHILD S | CHILD SUPPORT | NOT FILED | .00 | .00 |
| BENEFICIAL | UNSECURED | 21351.05 | .00 | 2764.50 |
| MEADOWS CREDIT UNION | UNSECURED | 911.36 | .00 | 118.00 |
| ZALUTSKY & PINSKI LTD | UNSECURED | 2206.26 | .00 | 285.66 |
| COMED | UNSECURED | 728.24 | .00 | 94.29 |
| INTERNAL REVENUE SERVICE | FILED LATE | .00 | .00 | .00 |

```
        Summary of disbursements:
----------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED  21921.17          .00     31054.22         .00     52975.39
PRINCIPAL PAID      21921.17          .00      4020.84         .00     25942.01
INTEREST PAID            .00          .00           .00         .00          .00
TOTAL PAID          21921.17          .00      4020.84         .00     25942.01
```

The Debtor's attorney, JOHN C DENT                    , was allowed $   3000.00
and was paid $    400.00   direct and $   2600.00   through the plan.

The Trustee received $   1345.91 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/16/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 64065 ALEXANDER H PARADES & TRISHA A PARADES